FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 8:37 am, Jul 17, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICKI BROWN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-48 |
| v. | |
| OFFICER TALMADGE; SERGEANT FREDDIE DAVIS; BIANCA BRYANT; and OFFICER BYRD, | |
| Defendants. | |

**O R D E R**

Plaintiff, proceeding pro se, filed a 42 U.S.C. § 1983 Complaint and a motion for leave to proceed *in forma pauperis*. Docs. 1, 2.  The Court denied Plaintiff's motion for leave to proceed *in forma pauperis* on May 20, 2020, finding Plaintiff had the ability to pay the requisite filing fee.  Doc. 4.  The Court provided Plaintiff with 21 days to pay the filing fee and warned him his failure to do so would result in the dismissal of his action.  Id. at 4.  Plaintiff sought an extension of time to pay the filing fee, doc. 5, and the Court allowed Plaintiff an additional 10 days to pay the fee by Order dated June 17, 2020.  Doc. 6.  Rather than pay the filing fee, Plaintiff submitted a consent to the collection of fees, an inmate account statement, and two declarations.  Docs. 7, 9, 10, 11.  These filings do not address Plaintiff's failure to pay the requisite filing fee, though his inmate account statement confirms his ability to pay the fee.  Doc. 7.  The Court issued a Report on July 13, 2020, recommending the dismissal of Plaintiff's cause of action because he failed to follow the Orders of this Court.  Doc. 12.  However, Plaintiff submitted a letter to the Court the following day, indicating he wrote the prison's business office and requested

notification that the $400.00 filing fee had been deducted from his account but has not received a response.  Doc. 13.  This Court has not received Plaintiff's filing fee.[1]

Given that Plaintiff has attempted to comply with the Court's prior Orders, it will provide him with one more opportunity to do so.  Plaintiff shall have **14 days** from the date of this Order to submit the full filing fee.  **Should Plaintiff fail to submit the full filing fee within these 14 days, the Court will presume that Plaintiff does not intend to pursue this action and will dismiss this case without prejudice**.

**SO ORDERED**, this 17th day of July, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court declines to vacate the Report and Recommendation at this time.  However, should Plaintiff comply with the instructions in this Order, the Court will vacate its Report and Recommendation.