**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

| | |
|---|---|
| MICKI BROWN, | |
| Plaintiff, | CIVIL ACTION NO.: 6:20-cv-48 |
| v. | |
| OFFICER TALMAGE; SERGEANT FREDDIE DAVIS; BIANCA BRYANT; and OFFICER BYRD, | |
| Defendants. | |

## O R D E R

This matter is before the Court on the United States Marshals Service's Unexecuted Return for Defendant Byrd.  Doc. 44.  The Court ordered the Marshals Service to personally serve Defendant Byrd on April 15, 2021.  Doc. 42.  On April 19, 2021, the Marshals Service certified it could not locate Defendant Byrd because, "According to GSP staff, CO2 Byrd is on indefinite medical leave."  Doc. 44.

Thus, the Court **ORDERS** Plaintiff to provide any additional information he may have to the Marshals Service and this Court which may assist in serving Defendant Byrd within 30 days of this Order.  The Court forewarns Plaintiff his failure to provide any additional information or to otherwise fail to respond to this Order will result in the recommended dismissal of his cause of action for failure to follow a Court Order and failure to prosecute.

**SO ORDERED**, this 3rd day of May, 2021.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA