IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICKI BROWN,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER TALMAGE; SERGEANT FREDDIE DAVIS; BIANCA BRYANT; and OFFICER BYRD,<br><br>Defendants. | CIVIL ACTION NO.: 6:20-cv-48 |

## O R D E R

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 82. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES without prejudice** Plaintiff's claims against Defendant Byrd, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal. The Court also **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. Plaintiff's claims against Defendants Talmage, Davis, and Bryant currently remain pending.

**SO ORDERED**, this 1ST day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA