IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICKI BROWN, <br><br> Plaintiff, <br><br> v. <br><br> OFFICER TALMAGE; SERGEANT FREDDIE DAVIS; and BIANCA BRYANT, <br><br> Defendants. | CIVIL ACTION NO.: 6:20-cv-48 |

## ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 84. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendants Thurman and Davis' Motion for Summary Judgment, and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal. The Court also **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal. Plaintiff's Eighth Amendment claim against Defendant Talmage remains pending.

**SO ORDERED**, this 16th day of August, 2022.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA