IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| MICKI BROWN, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>OFFICER TALMAGE, *et al.*, )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>6:20-cv-48-JRH-BWC |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1), Plaintiff Micki Brown and Defendants Robert Talmage, Bianca Bryant Thurman, and Freddie Davis, stipulate that the above-styled action, and all claims asserted or that could have been asserted therein, be dismissed with prejudice. The parties shall bear their own costs.

                      Respectfully submitted,

                      Micki Brown
                      GDC #: 1000962628

                      ***Plaintiff***

|  |  |
|---|---|
| Christopher M. Carr<br>Attorney General | 112505 |
| Loretta L. Pinkston-Pope<br>Deputy Attorney General | 580385 |
| Roger A. Chalmers<br>Senior Assistant Attorney General | 118720 |
| /s/ Jason H. Kang<br>Jason H. Kang<br>Assistant Attorney General | 759836 |

PLEASE ADDRESS ALL
COMMUNICATIONS TO:
Jason H. Kang
State Law Department
40 Capitol Square SW
Atlanta, GA  30334
Tel: (404) 458-3559
Fax: (404) 651-5304
Email: jkang@law.ga.gov

*Counsel for Defendants Robert Talmage, Bianca Bryant Thurman, and Freddie Davis*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record: NONE

I hereby certify that the foregoing will be served on the following recipients by causing a copy thereof to be deposited in the United States Mail, postage prepaid, addressed as follows:

Micki Brown
GDC # 1000962628
Smith State Prison
P.O. Box 726
Glennville, Georgia 30427

This 27 day of October, 2022.

Jason H. Kang